267 U. S.   Cases Disposed of Withoi t Consideration by the Court.

No. 357. W. F. CLEGG ET AL., ETC., *v.* CITY OF SPARTAN-BURG ET AL.   Error to the Supreme Court of the State of South Carolina.   March 16, 1925.   Dismissed with costs, on motion of *Mr. Sam J. Nicholls* for the plaintiffs in error.   *Mr. Horance L. Bomar* for defendant in error.

---

No. 888. PATRICK J. O'SHAUGHNESSY ET AL. *v.* UNITED STATES.   On writ of error to the United States District Court for the Southern District of Alabama.   March 23, 1925.   Writ of error dismissed as to plaintiffs in error Harry B. O'Connor, Daniel L. Jemison, Geronimo Perez, and James F. Daves, on motion of *Mr. Harry H. Smith* for the plaintiffs in error.   *The Attorney General* for the United States.

---

No. 393. UNITED STATES *v.* A. E. BAUCH ET AL.;
No. 394. UNITED STATES *v.* C. F. WATERMAN ET AL.; and
No. 395. UNITED STATES *v.* A. E. BAUCH.   Error to the District Court of the United States for the Eastern District of Washington.   April 13, 1925.   Dismissed, on motion of *Solicitor General Beck* for the United States.   No appearance for defendants in error.

---

No. 38. IVORY NOVELTIES TRADING COMPANY *v.* FRANCOIS JOSEPH DE SPOTURNO COTY.   On writ of certiorari to the Circuit Court of Appeals for the Second Circuit. April 13, 1925.   Dismissed, per stipulation.   *Mr. Charles H. Tuttle* and *Mr. William J. Hughes* for petitioner. *Messrs. F. D. McKenney, Hugo Mock* and *Asher Blum* for respondent.

---

No. 672. SOUTHERN PACIFIC COMPANY *v.* CHEVROLET MOTOR COMPANY OF CALIFORNIA.   Error to the District

Court of the United States for the Northern District of California.  April 13, 1925.  Dismissed with costs, on motion of *Mr. Henley C. Booth* for the plaintiff in error.  No appearance for defendant in error.